ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

# UNITED STATED DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARINA COURNOYER<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION d/b/a TARGET #2472<br><br>Defendant. | CASE NO.:<br><br>**DEFENDANT TARGET CORPORATION'S PETITION FOR REMOVAL AND DEMAND FOR JURY TRIAL** |

### DEFENDANT TARGET CORPORATION'S PETITION FOR REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION, by and through its attorney, Alan W. Westbrook, Esq. of PERRY & WESTBROOK, a Professional Corporation, hereby removes this action from the Second Judicial District Court of the State of Nevada, in and for Clark County, Nevada, to the United States District Court for the District of Nevada, pursuant to Section 1441 of Title 28 of the United States Code (Diversity of Citizenship).

This removal of this action is based upon the following:

1. This action is a civil action within the meaning of Acts of Congress relating to removal of cases.

2. Plaintiff Tamarina Cournoyer filed a Complaint for damages in the Second Judicial District Court, in and for Clark County, Nevada (the State Court).  The State Court assigned this matter number CV20-00828.  The Complaint alleged a cause of action for negligence against Defendant (a copy of the original Complaint is attached as Exhibit A).

3. The Complaint filed alleges damages "in a sum in excess of $15,000.00."

4. Plaintiff's counsel submitted a correspondence dated December 27, 2019, in which the injuries of Plaintiff were described as including a fracture of her right hand and injury to her right knee, resulting in MRI testing, injection, physical therapy and surgery.  The medical special damages related to the medical treatment amounted, at that time, to $52,040.84.  The correspondence further asserted that the Plaintiff had lost wages associated with the subject incident totaling $21,640.80.  The Plaintiff concluded the letter by demanding an amount several times the $75,000.00 jurisdictional threshold of this Court's jurisdiction.

5. Removal to this Court is based upon the receipt of the Complaint, the Plaintiff's counsel's demand letter, and the provided medical records and bills. See 28 U.S.C. § 1446(b)(1) The Defendant was served with the Complaint , by service on their resident agent on June 17, 2020, and therefore, this Petition is filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

6. This Court has original jurisdiction over the claims alleged here for the reasons set for below:

      a.      According to the Complaint Plaintiff is, and was at all times relevant, a resident of Clark County, Nevada.

      b.      Defendant Target Corporation is incorporated in Minnesota, with its principle place of business in Minnesota.

      c.      Based upon the Plaintiff's counsel's letter, description of injuries, the continuation of the suffering of Plaintiff, the incurred medical expenses of $52,040.84, and asserted wage loss of $21,640.80.

      d.      The State Court action is a civil action between citizens of different States, and the matter in controversy exceeds $75,000.00, exclusive of costs and interest. The District Court has original jurisdiction over the matter pursuant to 28 U.S.C., Section 1332.

7.      Defendant served a copy of this Notice of Removal on July 7, 2020, by filing a Notice of Removal with the State Court and having it electronically served through the Court filing system.

8.      Defendant respectfully demands a trial by jury of the above-captioned matter.

//

//

//

//

//

//

//

WHEREFORE, Defendant hereby removes the State Court Action pending as Case No. CV20-00828 in the Second Judicial District Court of the State of Nevada, in and for Clark County, Nevada, to this Honorable Court.

DATED this 7th day of July, 2020.

PERRY & WESTBROOK
A Professional Corporation

*/s/ Alan W. Westbrook*
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston, Suite 200
Las Vegas, Nevada  89102
Telephone: (702) 870-2400
Facsimile:  (702) 870-2880
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of July, 2020, a true and correct copy of the foregoing was served upon the following counsel via the Court's electronic filing and service system:

| | |
|---|---|
| Christopher Connell, Esq.<br>6871 Las Vegas Boulevard<br>Suite 210<br>Las Vegas, NV 89119 | Attorney for Plaintiff |

 */s/ Jonna Linke*
An Employee of PERRY & WESTBROOK,
A Professional Corporation
