```
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
```
*Attorney for Defendant Target*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARINA COURNOYER<br><br>          Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION d/b/a TARGET #2472<br><br>          Defendant. | CASE NO.: 2:20-cv-1261 |

### CERTIFICATE OF INTERESTED PARTIES
### PURSUANT TO LOCAL RULE 7.1-1

COMES NOW Defendant Target Corporation, by and through its attorney of record, Alan W. Westbrook, Esq., of the law firm of Perry & Westbrook, a Professional Corporation, and hereby certifies that based on information and belief, only the named parties in this matter have an interest in the outcome of the case.

Further, Target Corporation is a publicly-traded corporation, traded on the New York Stock Exchange under the ticker TGT.

These representations are made to enable the Judges of this Court to evaluate possible disqualification or recusal.

DATED this 7th day of July, 2020.

        PERRY & WESTBROOK
        A Professional Corporation

        */s/ Alan W. Westbrook*
        ALAN W. WESTBROOK, ESQ.
        Nevada Bar No. 6167
        1701 W. Charleston, Suite 200
        Las Vegas, Nevada 89102
        Telephone: (702) 870-2400
        Facsimile: (702) 870-2880
        Email: awestbrook@perrywestbrook.com
        *Attorney for Defendant Target*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2020, a true and correct copy of the foregoing was served upon the following via United States Mail, postage prepaid, and addressed as follows:

Christopher Connell, Esq.        Attorney for Plaintiff
6871 Las Vegas Boulevard
Suite 210
Las Vegas, NV 89119

        */s/ Jonna Linke*
        An Employee of PERRY & WESTBROOK,
        A Professional Corporation